**UNITED STATES DISTRICT COURT**
FOR THE **Northern District of Illinois** − **CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Douglas J. Wiltse
                                        Plaintiff,

v.                                                                Case No.: 1:07−cv−07073
                                                                         Honorable Blanche M. Manning

Discover Financial Services, Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 28, 2008:

      MINUTE entry before Judge Blanche M. Manning : Status hearing set for 2/19/2008 at 11:00 AM. Plaintiff's counsel should be prepared to advise the court regarding the progress of efforts to serve the defendants. Pursuant to the Court's General Order on Electronic Case Filing of May 19, 2005, manual filers are reminded to register to take a CM/ECF training class. This training is mandatory. Failure to register to take a CM/ECF training class in compliance with the Court's General Order, may result in future filings being stricken. Please consult this court's website at www.ilnd.uscourts.gov for more details.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.