| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 440-2007-03160 |

**Illinois Department Of Human Rights** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Douglas J. Wiltse** | **(847) 749-4245** | **09-20-1959** |

Street Address                    City, State and ZIP Code

**509 North Dunton Ave, Arlington Heights, IL 60004**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **DISCOVER FINANCIAL SERVICES** | **500 or More** | **(847) 405-0900** |

Street Address                    City, State and ZIP Code

**A Morgan Stanley Company, 2500 Lake Cook Road, Riverwoods, IL 60015**

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

Street Address                    City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER *(Specify below.)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **08-01-2006** | **02-16-2007** |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began employment with Respondent on or about February 17, 1992 and my current position is Forecasting/Billing Specialist. Respondent has been aware of my disabilities since on or about May 31, 1993. On or about October 6, 2006, I had an episode related to one of my disabilities when my supervisor yelled at me and tried to put me on a corrective action. On or about November 6, 2006, I complained to Respondent of discrimination and identified witnesses that should be interviewed. Respondent did not interview any of my witnesses. On or about November 10, 2006, I received an unfavorable review. As of January 18, 2006, I began a leave of absence due to my disability

I believe I have been discriminated against based on my disabilities and retaliation, in violation of Title I of the Americans with Disabilities Act of 1990.

RECEIVED EEOC

FEB 16 2007

CHICAGO DISTRICT OFC

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Feb 16, 2007** *Date*    *Douglas J. Wiltse*  *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EXHIBIT A