## Index of Attached Exhibits

Exhibit A:    Letter from Cheryl Tama Oblander to Morris Minuskin (March 10, 2008)

Exhibit B:    Letter from Morris Minuskin to Cheryl Tama Oblander (March 12, 2008)

CHI:2061423.1

# EXHIBIT A

# WINSTON & STRAWN LLP

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

99 GRESHAM STREET
LONDON EC2V 7NG

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

CHERYL TAMA OBLANDER
(312) 558-5797
ctama@winston.com

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

(312) 558-5600

FACSIMILE (312) 558-5700

www.winston.com

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

25 AVENUE MARCEAU
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

March 10, 2008

**VIA TELECOPY AND REGULAR MAIL**

Morris D. Minuskin
The Law Offices of Morris D. Minuskin
21 South Belmont, Unit 1
Arlington Heights, Illinois 60044

Re:   Wiltse v. DFS, et al., Case No. 07 CV 7073

Dear Mr. Minuskin:

In accordance with our court appearance on February 19, 2008, you were required to respond in writing by March 7, 2008, regarding the dismissal of the individual defendants and Morgan Stanley. We have not received your response and you have not returned my phone call.

The date to answer or otherwise plead to the complaint was extended based on your due date of March 7, 2008. Accordingly, DFS has now been prejudiced by at least three days in preparing its responsive pleading. Accordingly, absent an immediate response from you, DFS will be forced to seek appropriate relief from the court, including its fees and costs in accordance therewith.

Very truly yours,

*Cheryl Tama Oblander*

Cheryl Tama Oblander

CTO:ac

CHI:2059663.1

# EXHIBIT B

P02

THE LAW OFFICE OF
**MORRIS D. MINUSKIN**
UNIT 1
21 S. BELMONT STREET
ARLINGTON HEIGHTS, ILLINOIS 60004

(847)255-8255
FAX(847)255-8950

March 12, 2008
BY: FACSIMILE TRANSMISSION (312-558-5700)
    & REGULAR MAIL

Ms. Cheryl Tama Oblander, Esq.
Winston & Strawn
35 W. Wacker Drive
Chicago, Illinois 60601

    Re: Wiltse v. Discover Financial Services, et al.
        Case No. 07 CV 7073

Dear Ms. Oblander:

    Pursuant to court order and our telephone conversation of yesterday, this letter is to notify you, as counsel for Plaintiff, of Plaintiff's intention to dismiss the seven (7) named individuals as defendants in this matter, and, thus, not seek personal liability against them in same.

    However, as to Morgan Stanley, I apologize, but I am not totally convinced as yet that Morgan Stanley should not remain as a named defendant under the statute. I intend to complete my research relative to Morgan Stanley within the next 24 hours, and will then immediately advise.

    If you have any questions, please don't hesitate to contact me.

                                    Very truly yours,

                                    Morris D. Minuskin

MDM:jbm
c.c. Mr. Douglas Wiltse