**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DOUGLAS J. WILTSE, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Case No. 07 CV 7073 |
| DISCOVER FINANCIAL SERVICES, INC., | ) |
| a Delaware Corporation; MORGAN | ) |
| STANLEY, INC., a New York Corporation; | ) Judge Manning |
| ED KERBS; ALAN KADIN; LUT | ) |
| CALCOTE; HEATHER HESTON; | ) Magistrate Judge Keys |
| EVELYN DELACRUZ; KAREN | ) |
| DOLLMEYER; JAY ADLER; and | ) |
| DIANE OFFREINS, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

To:   Morris D. Minuskin
      The Law Offices of Morris D. Minuskin
      Unit 1
      21 S. Belmont Street
      Arlington Heights, Illinois 60004

**PLEASE TAKE NOTICE** that at 11:00 A.M. on Thursday, March 20, 2008, or whenever thereafter counsel can be heard, counsel for Defendants shall appear before the Honorable Blanche M. Manning or any judge sitting in her stead in the courtroom usually occupied by her, Room 2125 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant's Motion to Compel and Extend Time to Answer or Otherwise Plead, a copy of which is hereby served upon you, at which time you may appear if you see fit.

          Respectfully submitted,

          DFS SERVICES LLC and MORGAN STANLEY

          By: /s/ Cheryl Tama Oblander
               One of Their Attorneys

Cheryl Tama Oblander
Aviva Grumet-Morris
WINSTON & STRAWN LLP
35 West Wacker Drive

Chicago, Illinois 60601
(312) 558-5600 (phone)
(312) 558-5700 (fax)
ctama@winston.com
agmorris@winston.com

**CERTIFICATE OF SERVICE**

      The undersigned, one of the attorneys for Defendants DFS Services LLC and Morgan Stanley, hereby certifies that on March 13, 2008, a true and correct copy of the foregoing NOTICE OF MOTION was filed electronically with the Court. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Morris D. Minuskin
The Law Offices of Morris D. Minuskin
Unit 1
21 S. Belmont Street
Arlington Heights, Illinois 60004
Phone: (847) 255-8255
Fax: (847) 255-8950
mdminuskinlaw@aol.com

                                                      /s/ Cheryl Tama Oblander
                                                    Cheryl Tama Oblander