INDEX OF ATTACHED EXHIBITS

EXHIBIT A:    Letter from Morris D. Minuskin to Cheryl Tama Oblander dated March 17, 2008.

EXHIBIT  A

THE LAW OFFICE OF
## MORRIS D. MINUSKIN
UNIT 1
21 S. BELMONT STREET
ARLINGTON HEIGHTS, ILLINOIS 60004
--------
(847)255-8255
FAX(847)255-8950

March 17, 2008
BY: FACSIMILE TRANSMISSION (312-558-5700)
     & REGULAR MAIL

Ms. Cheryl Tama Oblander, Esq.
Winston & Strawn
35 W. Wacker Drive
Chicago, Illinois 60601

     Re: Wiltse v. Discover Financial Services, et al.
        Case No. 07 CV 7073

Dear Ms. Oblander:

     Pursuant to court order and as follow-up to my letter to you dated March 12, 2008, this letter is to notify you, as counsel for Plaintiff, of Plaintiff's intention to dismiss Morgan Stanley as a party defendant in this matter, and thus, not seek liability against said corporation in same. As of this date, I have not been able to sufficiently establish the necessary interrelation of operations between Morgan Stanley and Discover Financial Services to keep Morgan Stanley as a party defendant in this matter.

     In addition, to correct an error in my letter of March 12, 2008, there are, of course, eight (8) individual party defendants listed in this matter, and not seven as stated in said letter, and all eight will be dismissed as party defendants.

     If you have any questions, please don't hesitate to contact me.

Very truly yours,

Morris D. Minuskin

MDM;jbm
c.c. Mr. Douglas Wiltse