**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DOUGLAS J. WILTSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.  07 CV 7073 |
| DISCOVER FINANCIAL SERVICES, INC., ) | |
| a Delaware Corporation; MORGAN ) | |
| STANLEY, INC., a New York Corporation; ) | Judge Manning |
| ED KERBS; ALAN KADIN; LUT ) | |
| CALCOTE; HEATHER HESTON; ) | Magistrate Judge Keys |
| EVELYN DELACRUZ; KAREN ) | |
| DOLLMEYER; JAY ADLER; and ) | |
| DIANE OFFREINS, ) | |
| ) | |
| Defendants. ) | |

## DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2

Pursuant to Local Rule 3.2 of the Northern District of Illinois and Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for DFS SERVICES LLC ("DFS") in the above-captioned action certifies that DFS is the servicing affiliate for Discover Bank, which issues the Discover Card.

Counsel also certifies that as of December 31, 2007, the following are parents, subsidiaries and/or affiliates of DFS:

1.     Parent companies: DFS, formally known as Discover Financial Services, Inc. and Discover Financial Services LLC, is currently a wholly owned subsidiary of Discover Financial Services, an independent publicly traded corporation.

2.     Subsidiaries: None.

3.      Any publicly held company that owns five percent (5%) or more: UBS AG (address: Bahnhofstrasse 45, PO Box CH8021, Zurich Switzerland) owns 5.8% of DFS stock.  FRM LLC (address: 82 Devonshire St., Boston, MA USA) owns 5.253% of DFS stock.

Dated:  March 19, 2008

                                            Defendant DFS Services LLC

                                            By:      /s/ Cheryl Tama Oblander
                                                       One of Its Attorneys

Cheryl Tama Oblander
Aviva Grumet-Morris
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL  60601-9703
Telephone:  (312) 558-5600
Facsimile:  (312) 588-5700
ctama@winston.com
agmorris@winston.com

**CERTIFICATE OF SERVICE**

  The undersigned, one of the attorneys for Defendant DFS Services LLC, hereby certifies that on March 19, 2008, a true and correct copy of the foregoing DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2 was filed electronically with the Court. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Morris D. Minuskin
The Law Offices of Morris D. Minuskin
21 S. Belmont Street, Unit 1
Arlington Heights, Illinois 60004
Phone: (847) 255-8255
Fax: (847) 255-8950
mdminuskinlaw@aol.com

                By: /s/ Cheryl Tama Oblander
                    One of Defendant's Attorneys

CHI:2048159.5