UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Douglas J. Wiltse
             Plaintiff,

v.                  Case No.: 1:07−cv−07073
                  Honorable Blanche M. Manning

Discover Financial Services, Inc., et al.
             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

  MINUTE entry before Judge Honorable Blanche M. Manning: Status hearing set for 3/31/2008 is reset to 5/1/2008 at 11:00 AM. This case is referred to Magistrate Judge Keys, for discovery supervision, ruling on all nondispositive pretrial motions, including defendant's motion to compel and extend time to answer or otherwise plead [12], as well as settlement discussions, at the appropriate time.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.