IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOUGLAS J. WILTSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 07 CV 7073 |
| DISCOVER FINANCIAL SERVICES, INC., ) | |
| a Delaware Corporation; MORGAN ) | |
| STANLEY, INC., a New York Corporation; ) | Judge Manning |
| ED KERBS; ALAN KADIN; LUT ) | |
| CALCOTE; HEATHER HESTON; ) | Magistrate Judge Keys |
| EVELYN DELACRUZ; KAREN ) | |
| DOLLMEYER; JAY ADLER; and ) | |
| DIANE OFFREINS, ) | |
| ) | |
| Defendants. ) | |

**AGREED MOTION TO EXTEND THE TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant, DFS Services LLC ("DFS") by its counsel hereby moves to extend the deadline for it to answer or otherwise plead. In support of its motion, DFS states the following:

1. On February 19, 2008, the Court entered an order setting March 21, 2008 as the deadline for all defendants in this case to answer or otherwise plead.

2. By letters dated March 12 and March 17, and further in a phone conversation on March 17, Plaintiff's Counsel advised Counsel for all defendants that he would voluntarily dismiss with prejudice Ed Kerbs, Alan Kadin, Lutgarte Calcote, Heather Heston, Evelyn Delacruz, Karen Dollmeyer, Jay Adler, Diane Offereins and Morgan Stanley as defendants in this case.

3. By phone conversation on March 19, 2008, Plaintiff's Counsel advised that he would agree to a two-week extension—until April 4, 2008—for DFS to answer or otherwise plead.

**WHEREFORE**, DFS respectfully requests that the Court grant this Agreed Motion to Extend the Time to Answer or Otherwise Plead, thereby giving DFS until April 4, 2008 to answer or otherwise plead

Dated:  March 20, 2008

                                                             Respectfully Submitted,

                                                             DFS Services LLC

                                                             By:     /s/ Cheryl Tama Oblander
                                                                            One of Its Attorneys

Cheryl Tama Oblander
Aviva Grumet-Morris
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL  60601-9703
Telephone:  (312) 558-5600
Facsimile:  (312) 588-5700
ctama@winston.com
agmorris@winston.com

**CERTIFICATE OF SERVICE**

      The undersigned, one of the attorneys for Defendant DFS Services LLC, hereby certifies that on March 20, 2008, a true and correct copy of the foregoing AGREED MOTION TO EXTEND THE TIME TO ANSWER OR OTHERWISE PLEAD was filed electronically with the Court. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Morris D. Minuskin
The Law Offices of Morris D. Minuskin
21 S. Belmont Street, Unit 1
Arlington Heights, Illinois 60004
Phone: (847) 255-8255
Fax: (847) 255-8950
mdminuskinlaw@aol.com

                                        By: /s/ Cheryl Tama Oblander
                                              One of Defendant's Attorneys