# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DOUGLAS J. WILTSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.  07 CV 7073 |
| DISCOVER FINANCIAL SERVICES, INC., | ) |
| a Delaware Corporation; MORGAN | ) |
| STANLEY, INC., a New York Corporation; | ) Judge Manning |
| ED KERBS; ALAN KADIN; LUT | ) |
| CALCOTE; HEATHER HESTON; | ) Magistrate Judge Keys |
| EVELYN DELACRUZ; KAREN | ) |
| DOLLMEYER; JAY ADLER; and | ) |
| DIANE OFFREINS, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:   Morris D. Minuskin
      The Law Offices of Morris D. Minuskin
      21 S. Belmont Street, Unit 1
      Arlington Heights, Illinois 60004

**PLEASE TAKE NOTICE** that at 9:00 A.M. on Wednesday, March 26, 2008, or whenever thereafter counsel can be heard, counsel for Defendants shall appear before the Honorable Magistrate Judge Arlander Keys or any judge sitting in his stead in the courtroom usually occupied by him, Room 2230 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the Agreed Motion to Voluntarily Extend the Time to Answer or Otherwise Plead, a copy of which is hereby served upon you, at which time you may appear if you see fit.

                                                Respectfully submitted,

                                                DFS SERVICES LLC

                                                By: /s/ Cheryl Tama Oblander
                                                       One of Its Attorneys

Cheryl Tama Oblander
Aviva Grumet-Morris
WINSTON & STRAWN LLP
35 West Wacker Drive

Chicago, Illinois 60601
(312) 558-5600 (phone)
(312) 558-5700 (fax)
ctama@winston.com
agmorris@winston.com

**CERTIFICATE OF SERVICE**

       The undersigned, one of the attorneys for Defendant DFS Services LLC, hereby certifies that on March 20, 2008, a true and correct copy of the foregoing NOTICE OF MOTION was filed electronically with the Court.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Morris D. Minuskin
The Law Offices of Morris D. Minuskin
21 S. Belmont Street, Unit 1
Arlington Heights, Illinois 60004
Phone: (847) 255-8255
Fax: (847) 255-8950
mdminuskinlaw@aol.com

                                               /s/ Cheryl Tama Oblander
                                                Cheryl Tama Oblander