IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOUGLAS J. WILTSE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DISCOVER FINANCIAL SERVICES, INC. ) <br> a Delaware Corporation; MORGAN ) <br> STANLEY, INC., a New York Corporation; ) <br> ED KERBS; ALAN KADIN; LUT ) <br> CALCOTE; HEATHER HESTON; ) <br> EVELYN DELACRUZ; KAREN ) <br> DOLLMEYER; JAY ADLER; and ) <br> DIANE OFFREINS, ) <br> ) <br> Defendants. ) | CASE NO.   07 CV 7073 <br><br> Judge Manning <br><br> Magistrate Judge Keys |

## NOTICE OF DISMISSAL

The Plaintiff, DOUGLAS J. WILTSE, by and through his attorney, MORRIS D. MINUSKIN, hereby dismisses ED KERBS, ALAN KADIN, LUT CALCOTE, HEATHER HESTON, EVELYN DELACRUZ, KAREN DOLLMEYER, JAY ADLER, and DIANE OFFREINS, individually, and MORGAN STANLEY, INC., a New York Corporation, as defendants in this matter.

DOUGLAS J. WILTSE

*/s/ Morris D. Minuskin*

By: MORRIS D. MINUSKIN,
his Attorney

MORRIS D. MINUSKIN, ESQ.
Attorney for Plaintiff
21 S. Belmont, Unit 1
Arlington Heights, IL  60004
Phone:  847-255-8255
Fax:  847-255-8950
mdminuskinlaw@aol.com

## CERTIFICATE OF SERVICE

The undersigned, attorney for Plaintiff, hereby certifies that on March 25, 2008, a true and correct copy of the foregoing NOTICE OF DISMISSAL was filed electronically with the Court. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> Ms. Cheryl Tama Oblander, Esq.
> Winston & Strawn
> 35 West Wacker Drive
> Chicago, Illinois 60611
> ctama@winston.com

MORRIS D. MINUSKIN