# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7073 | **DATE** | 3/26/2008 |
| **CASE TITLE** | Wiltse v. Discover Financial Services, Inc. et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held on Defendant DFS Services LLC's agreed motion for extension of time to file answer to the complaint. The motion is granted (#10). The Defendant to file its answer to the complaint by 4/4/08. The Parties are directed to submit an agreed discovery schedule by 4/9/08. Defendant DFS Services' Motion to withdraw motion to compel is granted. The motion is denied as moot (#17). Status hearing set for 5/12/08 at 9:00 a.m. All counsel of record to be present at the next status hearing.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | AC |
|---|---|---|