**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DOUGLAS J. WILTSE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.  07 CV 7073 |
| DISCOVER FINANCIAL SERVICES, INC., | ) | |
| a Delaware Corporation; | ) | |
| | ) | Judge Manning |
| Defendant. | ) | |
| | ) | Magistrate Judge Keys |
| | ) | |
| | ) | |

**NOTICE OF MOTION**

To:   Morris D. Minuskin
      The Law Offices of Morris D. Minuskin
      21 S. Belmont Street, Unit 1
      Arlington Heights, Illinois 60004

**PLEASE TAKE NOTICE** that at 11:00 A.M. on Thursday, April 10, 2008, or whenever thereafter counsel can be heard, counsel for Defendants shall appear before the Honorable Blanche M. Manning or any judge sitting in her stead in the courtroom usually occupied by her, Room 2125 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant's Motion to Dismiss Plaintiff's Complaint, a copy of which is hereby served upon you, at which time you may appear if you see fit.

                                              Respectfully submitted,

                                              DFS SERVICES LLC

                                              By: /s/ Cheryl Tama Oblander
                                                  One of Its Attorneys

Cheryl Tama Oblander
Aviva Grumet-Morris
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (phone)
(312) 558-5700 (fax)
ctama@winston.com
agmorris@winston.com

**CERTIFICATE OF SERVICE**

   The undersigned, one of the attorneys for Defendant DFS Services LLC, hereby certifies that on April 2, 2008, a true and correct copy of the foregoing NOTICE OF MOTION was filed electronically with the Court. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Morris D. Minuskin
The Law Offices of Morris D. Minuskin
21 S. Belmont Street, Unit 1
Arlington Heights, Illinois 60004
Phone: (847) 255-8255
Fax: (847) 255-8950
mdminuskinlaw@aol.com

               /s/ Cheryl Tama Oblander
                Cheryl Tama Oblander