## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7073 | **DATE** | 4/23/2008 |
| **CASE TITLE** | Wiltse vs. Discover Financial Services, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to notice of dismissal [21] filed on 3/25/2008, the plaintiff voluntarily dismisses defendants Ed Kerbs, Alan Kadin, Lut Calcote, Heather Heston, Evelyn Delacruz, Karen Dollmeyer, Jay Adler, and Diane Offreins, individually, and Morgan Stanley, Inc., a New York Corporation, as defendants in this matter.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|