IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOUGLAS J. WILTSE,                                )
                                                 )
                          Plaintiff,             )
                                                 )
v.                                               )        Case No.  07 CV 7073
                                                 )
DISCOVER FINANCIAL SERVICES, INC.,               )
a Delaware Corporation;  MORGAN                  )
STANLEY, INC., a New York Corporation;           )
ED KERBS;  ALAN KADIN;  LUT                      )
CALCOTE;  HEATHER HESTON;                        )
EVELYN DELACRUZ;  KAREN                          )
DOLLMEYER;  JAY ADLER;  and                      )
DIANE OFFREINS.                                  )
                                                 )
                          Defendants.            )

### PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS

NOW Comes the Plaintiff, DOUGLAS J. WILTSE, by and through his attorney, MORRIS D. MINUSKIN, and moves the Court for a short extension of time, to and including Monday, May 5, 2008, to file his response to Defendant's motion to dismiss Plaintiff's complaint, and in support of said motion, states as follows:

1.  That by previous order of court, Plaintiff was given 21 days, until May 1, 2008, to file his response to Defendant DISCOVER FINANCIAL SERVICES, INC.'s motion to dismiss Plaintiff's complaint.

2.  At the time of said order of court, Plaintiff's attorney was also facing a deadline of May 1, 2008, to file responsive papers in the case of the People Of The State Of Illinois v. Zbroszczyk, Case No. 07 TR 111382, in the Circuit Court of DuPage County, Illinois.

3.  Plaintiff's attorney believed that he could complete and file the responsive papers in both matters by May 1, 2008, but as it turned out, was not quite able to complete Plaintiff's response in this matter.

4.  Plaintiff's attorney is confident that he can complete and file Plaintiff's response no later than Monday, May 5, 2008, and if so allowed by the Court, then Plaintiff would have no objection to Defendant DISCOVER having an equal amount of additional time in order to file a reply to Plaintiff's response.

WHEREFORE, the Plaintiff, DOUGLAS J. WILTSE, respectfully prays that this Honorable Court grant Plaintiff's motion for an extension of time, to and including Monday, May 5, 2008, to file his response to Defendant's motion to dismiss Plaintiff's complaint, and for further relief as the Court deems fit.

Respectfully submitted,

DOUGLAS J. WILTSE

By: MORRIS D. MINUSKIN,
his Attorney.

MORRIS D. MINUSKIN, ESQ.
Attorney for Plaintiff
21 S. Belmont, Unit 1
Arlington Heights, IL  60004
Phone: 847-255-8255
E-mail:  mdminuskinlaw@aol.com

CERTIFICATE OF SERVICE

The undersigned, attorney for Plaintiff, hereby certifies that on May 1, 2008, a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS was filed electronically with the Court. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Ms. Cheryl Tama Oblander, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, Illinois 60611
ctama@winston.com

MORRIS D. MINUSKIN