# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Judge Manning | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 07c7073 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Wiltse v. Discover Financial Services, Inc. et al | | |

**DOCKET ENTRY TEXT**

Settlement conference held. Some progress toward settlement was made, however, the case did not settle today. The Plaintiff will consider the last offer made by Defendants over the next week,. Counsel for both Parties will discuss this matter further. Status hearing set for 6/11/08 at 9:00 a.m. for report on settlement. If the case does not settle, a discovery schedule will be put in place at that time. *AK*

Docketing to mail notices.

02:30;nfpc

| | Courtroom Deputy Initials: | AC |
|---|---|---|