Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Manning | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 07c7073 | **DATE** | 6/11/08 |
| **CASE TITLE** | Wiltse v. Discover Financial Services, Inc. et al | | |

**DOCKET ENTRY TEXT**

Status hearing held; continued to 7/25/08 at 9:00 a.m. The Parties appeared for status and informed the Court that the case did not settle. Therefore, fact discovery cut off date is 9/30/08. Discovery to proceed.

Docketing to mail notices.

00:09;nfpc

| | Courtroom Deputy Initials: | AC |
|---|---|---|