UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Douglas J. Wiltse
                                    Plaintiff,
v.                                                   Case No.: 1:07−cv−07073
                                                     Honorable Blanche M. Manning
Discover Financial Services, Inc., et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

   MINUTE entry before the Honorable Blanche M. Manning: For the reasons stated in the attached memorandum, the defendant's motion to dismiss [24−1] is denied. The plaintiff has 14 days from the date of entry of this order to file a motion for leave to amend his complaint to include allegations related to his purported failure to promote as well as any other amendments he deems appropriate. Enter Memorandum and Order.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.