**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Douglas J. Wiltse

                                 Plaintiff,

v.                                                          Case No.: 1:07−cv−07073
                                                             Honorable Blanche M. Manning

Discover Financial Services, Inc., et al.

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 25, 2008:

      MINUTE entry before the Honorable Arlander Keys:Status hearing held; continued to 9/19/08 at 9:00 a.m. Discovery to proceed. The Parties are to make their 26(a)(1) disclosures by 8/1/08. The Parties are reminded that fact discovery cuts off on 9/30/08. (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.