IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOUGLAS J. WILTSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 07 CV 7073 |
| v. | ) |
| | ) |
| DISCOVER FINANCIAL SERVICES, INC. | ) |
| a Delaware Corporation; MORGAN | ) Judge Manning |
| STANLEY, INC., a New York Corporation; | ) |
| ED KERBS; ALAN KADIN; LUT | ) |
| CALCOTE; HEATHER HESTON; | ) Magistrate Judge Keys |
| EVELYN DELACRUZ; KAREN | ) |
| DOLLMEYER; JAY ADLER; and | ) |
| DIANE OFFREINS, | ) |
| | ) |
| Defendants. | ) |

PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME
TO FILE AMENDED COMPLAINT

NOW Comes the Plaintiff, DOUGLAS J. WILTSE, by and through his attorney, MORRIS D. MINUSKIN, and moves the Court for a short extension of time, to and including Tuesday, August 12, 2008, to file his amended complaint, and in support of said motion, states as follows:

1. On July 22, 2008, the Court entered an order denying Defendant's motion to dismiss Plaintiff's complaint. Included as part of said order, the Court gave the Plaintiff fourteen (14) days, through August 5, 2008, to file certain amendments to his original complaint.

2. Since the date of the aforementioned order, the Plaintiff's attorney, a sole practitioner, has had to prepare for the trial of the People v. Day, Case No. 07 DT 2694 (DuPage County), on July 28, 2008, prepare and file responsive pleadings in the cases of Levinson v. City of Prospect Heights, Case No. 08 CH 18231 (Cook County) and People v. Zbroszczyk, Case No. 07 TR 111382 (DuPage County), and prepare for hearings in the cases of Czajka v. Czajka, Case No. 05 D 222 (DuPage County) and Beckmann v. Beckmann, Case No. 00 D 1290 (DuPage County), both of which were heard on August 1, 2008.

3. As a result of Plaintiff's attorney's schedule noted above, he was unable to complete and file Plaintiff's amended complaint within 14 days as ordered. However, Plaintiff's attorney is confident that he can complete and file the amended complaint by Tuesday, August 12, 2008.

WHEREFORE, the Plaintiff, DOUGLAS J. WILTSE, respectfully prays that this Honorable Court grant Plaintiff's motion for an extension of time, to and including Tuesday, August 12, 2008, to file his amended complaint, and for further relief as the Court deems fit.

Respectfully submitted,

DOUGLAS J. WILTSE

*/s/ Morris D. Minuskin*

By: MORRIS D. MINUSKIN,
his Attorney.

MORRIS D. MINUSKIN, ESQ.
Attorney for Plaintiff
21 S. Belmont, Unit 1
Arlington Heights, IL  60004
Phone:  847-255-8255
E-mail:  mdminuskinlaw@aol.com

## CERTIFICATE OF SERVICE

The undersigned, attorney for Plaintiff, hereby certifies that on August 5, 2008, a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AMENDED COMPLAINT was filed electronically with the Court. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> Ms. Cheryl Tama Oblander, Esq.
> Winston & Strawn
> 35 West Wacker Drive
> Chicago, Illinois 60611
> ctama@winston.com

_____
MORRIS D. MINUSKIN