## Index of Attached Exhibits

Exhibit A:    Letter from Cheryl Tama Oblander to Morris Minuskin (August 6, 2008)

# EXHIBIT A

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND<br><br>99 GRESHAM STREET<br>LONDON EC2V 7NG<br><br>333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543<br><br>CHERYL TAMA OBLANDER<br>(312) 558-5797<br>ctama@winston.com | 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703<br><br>(312) 558-5600<br><br>FACSIMILE (312) 558-5700<br><br>www.winston.com<br><br>August 6, 2008 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193<br><br>25 AVENUE MARCEAU<br>75116 PARIS, FRANCE<br><br>101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894<br><br>1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 |

**VIA E-MAIL AND U.S. MAIL**

Morris D. Minuskin, Esq.
The Law Offices of Morris D. Minuskin
21 South Belmont, Unit 1
Arlington Heights, Illinois 60044

      Re:   **Wiltse vs. Discover Financial Services, Inc.**
              **Case No. 07-CV-7073**

Dear Mr. Minuskin:

      In accordance with the Court's orders and the Federal Rules of Civil Procedure, plaintiff's Rule 26(a)(1) Initial Disclosures were due on Friday, August 1, 2008. We have not received those disclosures as of today. Please advise me today as to when you will provide me with plaintiff's disclosures.

                          Very truly yours,

                          *Cheryl Tama Oblander*

                          Cheryl Tama Oblander

CTO/maf

CHI:2131579.1