Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7073 | **DATE** | 8/27/2008 |
| **CASE TITLE** | Wiltse vs. Discover Financial Services, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motion by Defendant DFS Services, LLC to compel plaintiff's disclosures under Rule 26(a)(1) [42] is granted. Plaintiff is to complete Rule 26(a)(1) disclosures by 09/03/08. Failure to do so will result in dismissal of case due to lack of prosecution. Magistrate Status Hearing set for 9/19/08 at 9:00 a.m. to stand. *AK*

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:08

| | Courtroom Deputy Initials: | LCW |
|---|---|---|